# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 20, 2015

### NO. 03-14-00469-CR

**Mitchell Hollis Wright, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment adjudicating guilt entered by the trial court. This Court's judgment dated July 28, 2015 is withdrawn, and this Court substitutes this judgment in its place. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the trial court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, this Court modifies the trial court's judgment to (1) change the restitution amount from $4,050.00 to $0.00; (2) change the court-costs amount from $206.00 to $194.00; and (3) reflect that the "Statute for Offense" is "31.03(a), (e)(4)(A) Penal Code." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.